RECEIVED
AUG 12 2016
BY MAIL

In The United States District Court For the Eastern District Of Missouri Eastern Division

Christopher James Ivory,
    Petitioner,

vs.                     Case No.

Jennifer Long
C/O Thomas
Jay Cassady
Jefferson City Correctional Center Staff
Chris Koster
    State Of Missouri
        Respondents.

Petitioner's Petition To Prohibit Respondents from Obtaining or Acquiring Any Of Petitioner's HGTV Sweepstakes Winnings

1. Petitioner, Christopher James Ivory, has won the HGTV Sweepstakes Dream House package, which included a Beach house, $100K from Quicken Loans, and a SUV truck.

2. This can be proven by contacting HGTV Headquarters, or going online to HGTV.com

3. I, Petitioner specifically stated that I want my winnings given to my mother Brenda Ivory or twin sister Krystal Ivory if I was unable to receive my winnings.

4. I, Petitioner, believe that named Respondents

have been trying to unlawfully steal my HGTV House and winnings, especially nurse Jennifer Long has unlawfully been trying to steal my house and winnings.

5. Petitioner request the court to enter a court order to Prohibit named Respondents from obtaining or acquiring any of my HGTV winnings without due process of law, or court order.

6. Petitioner is currently confined at Jefferson City Correctional Center in the hole on adseg status.

7. Petitioner Dream House winnings is located in Florida and the District Court there should also be notified.

8. HGTV Headquarters should also be notified that Respondents are prohibited from obtaining any of Petitioner's HGTV winnings.

9. Petitioner request to file suit if Respondents has already stolen Petitioner winnings unlawfully.

Respectfully Submitted
By Christopher Ivory
Christopher Ivory #1147063
Jefferson City Correctional Center
8200 No More Victims Rd
Jefferson City, MO 65101

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was handwritten by myself. I further certify that I am not a CM/ECF user, in this instance I have mailed the foregoing document, through in house mail, or using a postage stamp, this 10 day of August, 2016, to:

Jennifer Long,
c/o Thomas,                In House mail
Jay Cassady,
Jefferson City Correctional Center Staff,
8200 No More Victims Rd
Jefferson City, MO 65101

Chris Koster
Missouri Attorney General
PO Box 899
Jefferson City, MO 65102

Court Clerk
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis, MO 63102

x Christopher Luory
Christopher Luory
Petitioner - Pro se